# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jacki Harasym, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:09-cv-036 |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

The Government filed a "Consent Motion for Vacatur of Court's Opinion" on March 15, 2012. See Docket No. 49. The Government stated that the parties had reached a settlement and a dismissal of the appeal to the Eighth Circuit Court of Appeals. The Government brings the motion to vacate pursuant to Fed. R. Civ. P. 60(b)(6). It is well-established that district courts have broad discretion when entertaining a Rule 60(b) motion. Middleton v. McDonald, 388 F.3d 614, 616 (8th Cir. 2004). The Court **DENIES** the Government's motion to vacate (Docket No. 49) the order issued on October 5, 2011. The Court further **DENIES AS MOOT** Harasym's "Motion to Tax Costs and Disbursements" (Docket No. 40).

**IT IS SO ORDERED**.

Dated this 22th day of March, 2012.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court